UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SHANNON C. BOWMAN,

      Defendant.

_____/

Case No. 1:94:CR:91-01

HON. GORDON J. QUIST

## MEMORANDUM

Defendant Shannon C. Bowman has filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to drug quantity.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to drug quantity, and U.S.S.G. § 2D2.1(b). These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10(c).

The Sentence Modification Report prepared as a result of Defendant Bowman's Amendment 782 motion states that Defendant Bowman's total offense level, criminal history category, and guideline range remain unchanged. Since the new calculation does not result in a lower guideline range, defendant is not eligible for a sentencing reduction. Accordingly, Defendant Shannon C. Bowman's motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (docket no. 219) will be denied in a separate Order.

Dated: August 4, 2015                   /s/ Gordon J. Quist
                                                                                     GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE